FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 2 7 2015

CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 26 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE No: 01-14-00109-CV.

The State of Texas § IN THE FIRST Court of Appeals
V. § At Houston, Texas
Jeffrey Steven MARX § Cause No: 01-14-00109-CV.
§ Trial Court Cause No: 7723

## MOTION TO ABATE The Appeal and order The Trial Judge to conduct A JACKSON/DENNO Hearing and submit Findings of FACT and conclusions of LAW, according to DOBY V. State, 681 S.W.2d 759.

Now comes, Jeffrey Steven MARX TDCJ-ID No. 716423, as Movent and would Request ABatement and Remand Back to Trial Court for a Jackson V. Denno, 378 U.S. 368, 84 S.Ct. 1774 Hearing And a hearing incompliance with code of Criminal Procedure ARt 38.22 § 3(a)(1-2). and would show the following:

### I
### No Jackson/Denno hearing:

Petitioner has stated in his Appeal there was No Jackson/Denno hearing held on his Statement in cause No: 7723 and the STATE OF Texas has Not Shown any different and according to Jackson V. Denno and ARt. 38.22 Petitioner is entitled to such a hearing, and No such hearing has been conducted in cause No: 7723 and Petitioner is entitled to such a hearing before his statement can be used against him in a court of Law C.C.P. ARt. 38.22 § 6.

-1-

## II
### Constitutional and Statutory Rights will be Satisfied.

In Kincaid v. State, 500 S.W.2d 487, 489 (Tex. Crim. App. 1973) Stated: "It thus concludes that we should merely abate the Appeal and order the judge to conduct a Jackson/Denno hearing and submit his findings of fact and conclusions of law to this Court."

Now this Abatement and order to conduct such a hearing would do two things: 1.) Would thus Protect the Rights of the petitioner by giving him his constitutional and statutory right to such a hearing. 2.) Would give the First Court of Appeals All the facts and would save them time and Resources and would answer the question of Voluntariness of the statement. Thus giving the Court the facts.

## III
### Would End Error By Trial Court.

The abatement and Remand would put to Rest the error of the trial Court once and for all if granted and if statement was Voluntary would end the Appeal but if it was found involuntary would thus be Remanded for new trial without the statement.

Thus leaving all constitutional and statutory Rights in tact. This honorable Court would benifit from such a hearing which should have been held in the beginning of this case but was not and petitioner was intitled to such a hearing under C.C.P. Art. 38.2286 and was denied it.

## CONCLUSION

Petitioner was entitled to such a hearing and Petitioner's Attorney's did file for such a hearing but, it was never done, so Petitioner should now be entitled to such a hearing now to determine if statement was voluntary and given right to appeal such hearing if not a full and fair hearing under the Jackson/Denno ruling, thus if such statement be deemed involuntary new trial ordered without the statement.

## PRAYER

Wherefore, All Promises considered, Petitioner prays that this Honorable First Court of Appeals grant him relief in the form of abatement and remand for a Jackson/Denno hearing in compliance with the code of Criminal Procedure Art. 38.22 § 6 and order Judge to hold a hearing and make findings of facts and conclusions of law and forward them to this Honorable Court.

Relief hear in prayed for in the form of abatement and remand.

Excuted on this 19th day of October 2015.

Sincerly Submitted.

Signature _____

Jeffrey Marx #716623
Estelle Unit
264 FM 3478 RD.
Huntsville, Texas 77320

-3-

Oct. 19, 2015

To: The First court of Appeals
301 Fannin Street
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 26 2015

CHRISTOPHER A. PRINE

CLERK _____

RE: Cause No: 01-14-00109-CV.
Greetings Dear clerk.

MR. Prine I would Request that you Bring this
Motion to MRS: Rebeca Huddle for her consideration
for if she Rules on it, it May change the date of the
Docket sheet and Move it Back and save the court
time and Resources if she so chooses to grant such
A Motion Request, so please Bring this to her Attention
As soon as possible.

I thank you in advance for your assistance.

Sincerly Requested.
Signature _____

Jeffery Marx #716623
Estelle unit
264 FM 3478 Rd
Huntsville, Texas 77320.



NAME Jerry M Dix
TDC# 111133
ESTELLE UNIT
264 FM 3478
HUNTSVILLE, TX 77320

Legal Mail

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 26 2015

CHRISTOPHER A. PRINE
CLERK

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 27 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773

22 OCT 2015 PM 3 L

To: THE Court of Appeals First District
Att: Christopher A. PRine clerk
301 FANNIN Street
Houston, Texas
Houston, Texas

77002206699

FOREVER